1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. <u>23-CR-573-2-TWR</u> |
| Plaintiff, | ) | **ORDER AND JUDGMENT OF DISMISSAL THE WITHOUT PREJUDICE** |
| v. | ) | |
| JAZMIN BANUELOS (2), | ) | The Honorable Todd W. Robinson |
| Defendant. | ) | |

        The United States of America's Motion to Dismiss the Information (ECF No. 23) against defendant (2) Jazmin Banuelos, without prejudice, is GRANTED. The Court dismisses the Information without prejudice under Federal Rule of Criminal Procedure 48(a).


        DATED:  <u>8/1/2023</u>


Hon. Todd W. Robinson
United States District Judge